IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRY STRYKER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv194 |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| TIMOTHY S. DOWD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Memorandum and Order filed in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint and this action are dismissed without prejudice.

DATED this 6th day of June, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge